| | |
|---|---|
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Michael H. Ahrens, Cal. Bar No. 44766<br>Steven B. Sacks, Cal. Bar No. 98875<br>Michael M. Lauter, Cal. Bar No. 246048<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone:     415.434.9100<br>Facsimile:      415.434.3947<br>Email:            mahrens@sheppardmullin.com<br>                      ssacks@sheppardmullin.com<br>                      mlauter@sheppardmullin.com<br><br>Attorneys for the Official Committee of Unsecured Creditors of Plant Insulation Company, Appellee | Clinton E. Cameron (admitted *pro hac vice* in underlying bankruptcy case)<br>TROUTMAN SANDERS LLP<br>55 West Monroe Street Suite 300<br>Chicago, IL 60603-5758<br>Tel: 312-759-1925<br>Fax: 773-877-3719<br>Email: clinton.cameron@troutmansanders.com<br><br>Attorneys for United States Fire Insurance Company, Appellant |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>D. Ronald Ryland, Cal. Bar No. 49749<br>Three First National Plaza<br>70 West Madison Street, 48th Floor<br>Chicago, IL 60602<br>Telephone:     312.499.6300<br>Facsimile:      312.499.6301<br>Email:            rryland@sheppardmullin.com<br><br>General Counsel for Sheppard Mullin Richter & Hampton, LLP, Appellee | Chad Westfall, Cal. Bar No. 208968<br>MUSICK, PEELER & GARRETT<br>601 California Street, Suite 1250<br>San Francisco, CA 94108-2817<br>Tel: 415-281-2030<br>Fax: 415-281-2010<br>c.westfall@mpglaw.com<br><br>Attorneys for United States Fire Insurance Company, Appellant |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| United States Fire Insurance Company,<br><br>         Appellant,<br><br>         v.<br><br>Official Committee of Unsecured Creditors of Plant Insulation Company, and Sheppard Mullin Richter & Hampton, LLP,<br><br>         Appellants.<br><br>In re<br><br>Plant Insulation Company,<br><br>         Debtor. | Case No. 13-CV-01529-RS<br><br>Bankr. Ct. Case No. 09-31347-TC<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER DISMISSING APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)** |

SMRH:409197876.3

Case No. 13-CV-01529-RS
STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)

1  WHEREAS, United States Fire Insurance Company ("U.S. Fire") is the appellant in this
2  appeal, having commenced this appeal by filing a notice of appeal on March 21, 2013;
3  WHEREAS, the Official Committee of Unsecured Creditors of Plant Insulation Company
4  (the "Committee") and Sheppard Mullin Richter & Hampton LLP ("Sheppard") are the appellees
5  in this appeal;
6  WHEREAS, U.S. Fire, the Committee and Sheppard have reached a settlement of the
7  disputes underlying this appeal, and therefore jointly request that this appeal be dismissed,
8  NOW, THEREFORE, U.S. Fire, the Committee and Sheppard, by and through their
9  undersigned counsel, hereby STIPULATE as follows:
10      1.  The above-captioned appeal shall be dismissed pursuant to Federal Rule of
11  Appellate Procedure 42(b); and
12      2.  Each party shall bear its own costs associated with this appeal and any court fees it
13  may owe in connection with this appeal.

**IT IS SO STIPULATED.**

Dated: July 18, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Steven B. Sacks*
    STEVEN B. SACKS

Attorneys for the Official Committee of Unsecured
Creditors of Plant Insulation Company, Appellee

Dated: July 18, 2013    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ D. Ronald Ryland*
    D. RONALD RYLAND

General Counsel for Sheppard Mullin
Richter & Hampton, LLP, Appellee

-1-    Case No. 13-CV-01529-RS
SMRH:409197876.3   STIPULATION AND [PROPOSED] ORDER DISMISSING APPEAL PURSUANT TO
FEDERAL RULE OF APPELLATE PROCEDURE 42(b)

| | | |
|---|---|---|
| Dated: July 18, 2013 | | TROUTMAN SANDERS LLP |
| | By | /s/ Clinton E. Cameron |
| | | CLINTON E. CAMERON |
| | | Attorneys for United States Fire Insurance Company, Appellant |
| Dated: July 18, 2013 | | MUSICK, PEELER & GARRETT |
| | By | /s/ Chad Westfall |
| | | CHAD WESTFALL |
| | | Attorneys for United States Fire Insurance Company, Appellant |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __7/18__, 2013

_____
The Honorable Richard Seeborg
United States District Judge

SMRH:409197876.3

-2-   Case No. 13-CV-01529-RS
STIPULATION AND [PROPOSED] ORDER DISMISSING APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)

**CERTIFICATION**

I, Michael M. Lauter, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Dismissing Appeal Pursuant to Federal Rule of Appellate Procedure 42(b). In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Clinton E. Cameron, Chad Westfall, D. Ronald Ryland and Steven B. Sacks have concurred in this filing.

Dated: July 18, 2013                SHEPPARD MULLIN RICHTER & HAMPTON LLP


                                    By      */s/ Michael M. Lauter*
                                            MICHAEL M. LAUTER

SMRH:409197876.3

-3-    Case No. 13-CV-01529-RS
STIPULATION AND [PROPOSED] ORDER DISMISSING APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)