SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Michael H. Ahrens, Cal. Bar No. 44766
Steven B. Sacks, Cal. Bar No. 98875
Michael M. Lauter, Cal. Bar No. 246048
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:     415.434.3947
Email:          mahrens@sheppardmullin.com
                    ssacks@sheppardmullin.com
                    mlauter@sheppardmullin.com

Attorneys for the Official Committee of Unsecured Creditors of Plant Insulation Company, Appellee

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
D. Ronald Ryland, Cal. Bar No. 49749
Three First National Plaza
70 West Madison Street, 48th Floor
Chicago, IL 60602
Telephone:    312.499.6300
Facsimile:     312.499.6301
Email:          rryland@sheppardmullin.com

General Counsel for Sheppard Mullin Richter & Hampton, LLP, Appellee

Clinton E. Cameron (admitted *pro hac vice* in underlying bankruptcy case)
TROUTMAN SANDERS LLP
55 West Monroe Street Suite 300
Chicago, IL 60603-5758
Tel: 312-759-1925
Fax: 773-877-3719
Email: clinton.cameron@troutmansanders.com

Attorneys for United States Fire Insurance Company, Appellant

Chad Westfall, Cal. Bar No. 208968
MUSICK, PEELER & GARRETT
601 California Street, Suite 1250
San Francisco, CA 94108-2817
Tel: 415-281-2030
Fax: 415-281-2010
c.westfall@mpglaw.com

Attorneys for United States Fire Insurance Company, Appellant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| United States Fire Insurance Company,<br><br>    Appellant,<br><br>    v.<br><br>Official Committee of Unsecured Creditors of Plant Insulation Company, and Sheppard Mullin Richter & Hampton, LLP,<br><br>    Appellants.<br><br>In re<br><br>Plant Insulation Company,<br><br>    Debtor. | Case No. 13-CV-01529-RS<br><br>Bankr. Ct. Case No. 09-31347-TC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)** |

SMRH:409197876.3

Case No. 13-CV-01529-RS
STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)

WHEREAS, United States Fire Insurance Company ("U.S. Fire") is the appellant in this appeal, having commenced this appeal by filing a notice of appeal on March 21, 2013;

WHEREAS, the Official Committee of Unsecured Creditors of Plant Insulation Company (the "Committee") and Sheppard Mullin Richter & Hampton LLP ("Sheppard") are the appellees in this appeal;

WHEREAS, U.S. Fire, the Committee and Sheppard have reached a settlement of the disputes underlying this appeal, and therefore jointly request that this appeal be dismissed,

NOW, THEREFORE, U.S. Fire, the Committee and Sheppard, by and through their undersigned counsel, hereby STIPULATE as follows:

1. The above-captioned appeal shall be dismissed pursuant to Federal Rule of Appellate Procedure 42(b); and

2. Each party shall bear its own costs associated with this appeal and any court fees it may owe in connection with this appeal.

**IT IS SO STIPULATED.**

Dated: July 18, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Steven B. Sacks*
    STEVEN B. SACKS

Attorneys for the Official Committee of Unsecured Creditors of Plant Insulation Company, Appellee

Dated: July 18, 2013        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ D. Ronald Ryland*
    D. RONALD RYLAND

General Counsel for Sheppard Mullin Richter & Hampton, LLP, Appellee

SMRH:409197876.3

-1-                                                        Case No. 13-CV-01529-RS
STIPULATION AND [PROPOSED] ORDER DISMISSING APPEAL PURSUANT TO
FEDERAL RULE OF APPELLATE PROCEDURE 42(b)

| | | |
|---|---|---|
| 1 | Dated: July 18, 2013 | TROUTMAN SANDERS LLP |
| 2 | | |
| 3 | | By  */s/ Clinton E. Cameron*<br>CLINTON E. CAMERON |
| 4 | | |
| 5 | | Attorneys for United States Fire Insurance Company, Appellant |
| 6 | Dated: July 18, 2013 | MUSICK, PEELER & GARRETT |
| 7 | | |
| 8 | | By  */s/ Chad Westfall*<br>CHAD WESTFALL |
| 9 | | |
| 10 | | Attorneys for United States Fire Insurance Company, Appellant |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/18, 2013

_____
The Honorable Richard Seeborg
United States District Judge

**CERTIFICATION**

I, Michael M. Lauter, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Dismissing Appeal Pursuant to Federal Rule of Appellate Procedure 42(b).  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Clinton E. Cameron, Chad Westfall, D. Ronald Ryland and Steven B. Sacks have concurred in this filing.

Dated:  July 18, 2013             SHEPPARD MULLIN RICHTER & HAMPTON LLP


By     /s/ Michael M. Lauter
             MICHAEL M. LAUTER

SMRH:409197876.3

-3-                                    Case No. 13-CV-01529-RS
STIPULATION AND [PROPOSED] ORDER DISMISSING APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)